# BANKRUPTCY DOCKET

NAME & ADDRESS OF BANKRUPT

A. T. EMERTON CO., A
California Corporation
438 Littlefield Avenue
South San Francisco CA 94080

Tax I.D. C094-1622796

SOCIAL SECURITY NR.

NAME OF JUDGE
LLOYD KING
BANKRUPTCY JUDGE

| | | |
|---|---|---|
| DATE FILED | May 27, 1976 | |
| DISTRICT | 971 | |
| DIVISION | 3 | |
| CASE NO. | 3-76-674 | |

CHAPTER/SECTION: Reg

DATE CLOSED

CHECK IF: [X] Voluntary  [ ] Involuntary

Dis-charge: [ ] Granted  [ ] Denied  [ ] Waived or not applied for

OCCU-PATION (Check One): [ ] Farmer  [ ] Employee  [ ] Professional  [ ] Other (Non Business)

COUNTY: San Mateo

DATE DISCHARGED: NOV 9 1976

PETITION DISMISSED [ ] YES

DATE DISMISSED

DATE SET FOR DISCHARGE

| ATTORNEY FOR BANKRUPT OR DEBTOR | Nemer, Kilday & Neher 1255 Post St. Suite 950 San Francisco CA | | |
|---|---|---|---|
| ATTORNEY FOR PETITIONING CREDITORS | | | |
| RECEIVER | John M England | | |

[ ] APPOINTED  [ ] ELECTED

TRUSTEE: John M England

ATTORNEY FOR TRUSTEE: Rothschild, Phelan & Montali, 235 Montgomery St. San Francisco, Calif.

ATTORNEY FOR RECEIVER: Rothschild, Phelan & Montali, 235 Montgomery St. San Francisco, Calif.

**CLOSED**

## RECORD OF PROCEEDINGS

| DATE | | DATE | |
|---|---|---|---|
| 5-27-76 | Adjudicated | NOV 9 1976 | Discharge of Bankrupt |
| June 16, 1976 | Schedules / Statement of Affairs | | Notice of Discharge |
| June 1, 1976 | Order and Disc Date Oct 5, 1976 | | Trustees Final Account |
| June 2, 1976 | Notice of First Meeting | | |
| June 16, 1976 | Atty's Disclosure Stmnt. | | Trustee's Attorney's Application For Fees |
| Aug 6, 1976 | Acceptance of Appt as Trustee or Trustee's Bond & Order | | Order and Notice of Final Meeting |
| | Order Extending Time to File Exempt Property Report | | Order Settling Trustees Final Account |
| | Trustee Report of Exempt Property | | Order for Payment of Dividend |
| | Order Approving Exemptions | | Trustees Final Report [ ] Assets [ ] No Assets |
| | Amendment to Schedules / Cert. of Mailing | | Order Discharging Trustee |
| | | | Statistical Report |
| | | | Closing File — Transfer to Clerk of the Court |